No. 05–911.  IN RE SHEMONSKY; and
No. 05–8992.  IN RE BROWN.  Petitions for writs of mandamus denied.

No. 04–1221.  CIM INSURANCE CORP. *v.* PEACH ET AL.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 04–1375.  GLAZER *v.* LEHMAN BROTHERS, INC., ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 04–1566.  THEIS RESEARCH, INC. *v.* BROWN & BAIN.  C. A. 9th Cir.  Certiorari denied.

No. 04–8496.  ROBINSON *v.* TENNESSEE.  Sup. Ct. Tenn.  Certiorari denied.

No. 04–10093.  HOWARD *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 05–344.  GREGORY *v.* LEE.  C. A. 9th Cir.  Certiorari denied.

No. 05–347.  JENKINS *v.* FIRST AMERICAN CASH ADVANCE OF GEORGIA, LLC, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 05–529.  WELCH *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 05–616.  ANDERSON *v.* WESTINGHOUSE SAVANNAH RIVER CO., LLP, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 05–657.  MITRIONE ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 05–676.  CASHMAN ET AL. *v.* CITY OF COTATI, CALIFORNIA.  C. A. 9th Cir.  Certiorari denied.

No. 05–735.  IOFFE *v.* SKOKIE MOTOR SALES, INC., DBA SHERMAN DODGE.  C. A. 7th Cir.  Certiorari denied.